MARY SHANNON, an Infant, by PATRICK SHANNON, Her Guardian ad Litem, et al., Respondents, *v.* FRANK L. SAMUELS, Appellant, Impleaded with Another.

Argued April 14, 1938; decided May 17, 1938.

*William B. Davis* and *E. C. Sherwood* for appellant.
*William Seligson* and *Leo E. Falkin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.